**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MAURICE GERELL BROUGHTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:20-CV-399-RAH-CSC** |
| | ) | |
| | ) | |
| **J. SHEPARD, et. al.,** | ) | |
| | ) | |
| **Defendants.** | | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation entered July 18,

2023, dismissing this action with prejudice. (Doc. 76). The Plaintiff has filed no objections to

this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28

U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 10th day of August 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE